UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NAYA L. ABBEY, individually and on behalf of DAVID IMMANUEL HERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY and TERRANCE D. STUCKEY, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 3:23-cv-00300 ) ) ) ) ) ) ) ) |

**ORDER**

The Clerk of the Court is DIRECTED to assign a mediator from the Court's ADR Panel.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE