UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **NAYA L. ABBEY, individually and on behalf of DAVID IMMANUEL HERNANDEZ,** | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:23-cv-00300 ) |
| **METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY and TERRANCE D. STUCKEY,** | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Michigan resident Naya L. Abbey brings a pro se Complaint under 42 U.S.C. § 1983 against the Metropolitan Government of Nashville and Davidson County ("Metro") and Terrance D. Stuckey. (Doc. No. 1). On April 11, 2023, the Court referred this case for mediation. (Doc. No. 4). Abbey's in forma pauperis application—which adequately demonstrates she cannot pay the full civil filing fee in advance "without undue hardship"—is **GRANTED**. 28 U.S.C. § 1915(a); Foster v. Cuyahoga Dep't of Health and Human Servs., 21 F. App'x 239, 240 (6th Cir. 2001).

The Court will direct the U.S. Marshals Service to serve the Complaint on Metro and Terrance D. Stuckey at no cost to Abbey. However, in order for the U.S. Marshals Service to serve Defendants, Abbey must complete and return two forms: "Process Receipt and Return" (AO 285) and "Summons in a Civil Action" (AO 440). These forms are together referred to as a "service packet." The Clerk is DIRECTED to send Abbey two service packets. Abbey MUST complete one service packet for each of Metro and Terrance D. Stuckey and return the two completed service

packets to the Clerk's Office within 21 DAYS of the date this Order is entered on the docket. Upon return of the completed service packets, PROCESS SHALL ISSUE. Abbey is warned that failure to return the completed service packets within the required time period could jeopardize her prosecution of this action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
CHIEF UNITED STATES DISTRICT JUDGE