# PROCESS RECEIPT AND RETURN
U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

FILED
2023 MAY 22 AM [illegible]
U.S. DISTRICT COURT
MIDDLE DISTRICT OF T[N]

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Nayla L Abbey, individually and on behalf of David I Hernandez | 3:23-CV-00300 |
| DEFENDANT | TYPE OF PROCESS |
| Terrance D. Stuckey | Summons/Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Terrance D Stuckey
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
4235 Aragon Way Murfreesboro, TN 37128

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Nayla L Abbey, individually and on behalf of
David I Hernandez
16466 Tacoma Detroit, MI 48205

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

2023 MAY 11 PM 3:23 RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 2-2 | District of Origin No. 75 | District to Serve No. 75 | Signature of Authorized USMS Deputy or Clerk *Kevin J. Manley* | Date 05/12/23 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 5/19/23  Time: 3:25 ☒ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: *Kevin J. Manley*

| Service Fee 8.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges 8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 8.00 |

REMARKS: 
05/12/23: SENT VIA CERTIFIED MAIL, RESTRICTED DELIVERY
05/17/23: ACCEPTED SERVICE

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

Naya L Abbey, individually and on behalf of David I Hernandez
_____
*Plaintiff*

v.                                            Civil Action No.: 3:23-CV-00300

Terrance D Stuckey
_____
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Terrance D Stuckey
4235 Aragorn Way
Murfreesboro, TN 37218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Naya Abbey, Individually and on behalf of David I Hernandez
16466 Tacoma
Detroit, MI 48205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/11/2023

CLERK OF COURT

Kim Chaox C
*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                             _____
                                             *Server's signature*

                                             _____
                                             *Printed name and title*


                                             _____
                                             *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service Certified Mail Receipt**

OUTBOUND TRACKING NUMBER
9415 4169 0224 6689 9049 42

RETURN RECEIPT TRACKING NUMBER
9490 9169 0224 6689 9049 79

FEES
| | |
|---|---|
| Postage per piece | $1.500 |
| Certified Fee | $4.150 |
| Return Receipt Fee | $3.350 |
| Restricted Delivery Fee | $6.650 |
| **Total Postage & Fees:** | **$15.650** |

ARTICLE ADDRESS TO:

Terrance D. Stuckey
4235 Aragorn Way
Murfreesboro TN 37128-0667

Postmark Here

---

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Terrance D. Stuckey
4235 Aragorn Way
Murfreesboro TN 37128-0667

3:23-CV-00300

9490 9169 0224 6689 9049 79

2. Article Number (Transfer from service label)
9415 4169 0224 6689 9049 42

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X [signature]

B. Received By: (Printed Name) Monae Stucky
C. Date of Delivery: 5/17/23

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:
~~4235 Aragorn Way~~

3. Service Type
☑ Certified Mail® Restricted Delivery

PS Form 3811 Facsimile, July 2015 (SDC 3930)     Domestic Return Receipt