UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NAYA L. ABBEY and<br>DAVID IMMANUEL HERNANDEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF<br>NASHVILLE DAVIDSON COUNTY<br>and<br>TERRANCE D. STUCKEY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  NO. 3:23-cv-00300<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

James P. Catalano of The Catalano Firm in Franklin, Tennessee is hereby **APPOINTED AS MEDIATOR** in this case. The parties shall bear Mr. Catalano's fees and expenses in connection with the mediation. The Clerk shall serve a copy of this order on Mr. Catalano.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE