Naya L Abbey
Plaintiff, Pro Se
16466 Tacoma
Detroit, MI 48205
615-294-5095
ihavethevictorynow@gmail.com

RECEIVED
AUG 1 0 2023
U.S. District Court
Middle District of TN

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NAYA L. ABBEY

    Plaintiff,

**Case No. 3:23-cv-0300**

**Judge Crenshaw**

**Magistrate Judge Holmes**

v.

Metropolitan Nashville Police Department, The State of Tennessee, The Metropolitan Government of Nashville and Davidson County

Defendants.

**PLAINTIFF'S UNCONTESTED MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF TO FILE ITS REPLY MEMORANDUM
IN RESPONSE TO DEFENDANT'S MEMORANDUM MOTION TO DIMISS.**

Plaintiff is humbly requesting an extension of time to respond to Defendant's motion to dismiss. As the Plaintiff is Pro se and needs more time to respond correctly. Plaintiff is diligently working on her case, as well as working a 9 to 5 job which infringes on the time she can spend working on her case. Plaintiff is proactive in defending herself and is requesting more time to research and respond appropriately. It is very important to Plaintiff to do what is necessary for her case in an orderly and timely fashion. Plaintiff is requesting an extension of 15 days from the original time given to respond.

Naya L Abbey
Plaintiff, Pro Se
16466 Tacoma
Detroit, MI 48205
615-294-5095
ihavethevictorynow@gmail.com

*Naya L Abbey*

RECEIVED
AUG 10 2023
U.S. District Court
Middle District of TN

Fred D. Thompson
U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

NASHVILLE TN
7 AUG 2023 PM 3

37203-705959

Naya L. ABBEY
16466 Tacoma St
Detroit, MI 48205